UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOLYNN HANSBERRY,

    Plaintiff,

Case No. 2:17-cv-12154-PDB-DRG

v

Hon. Paul D. Borman
Mag. David R. Grand

WAKEFIELD & ASSOCIATES, INC.
d/b/a WAKEFIELD COLLECTIONS, INC.,

    Defendant.
_____

## NOTICE OF VOLUNTARY DISMISSAL
## WITH PREJUDICE AND WITHOUT COSTS TO EITHER PARTY

    The Plaintiff hereby dismisses the within action against Defendant Wakefield & Associates, Inc., with prejudice and without costs to either party.

    Respectfully submitted

August 16, 2017

/s/ Gary Nitzkin_____
GARY D. NITZKIN (P41155)
Attorney for Plaintiff
22142 West Nine Mile Road
Southfield, MI 48033
(248) 353-2882
gary@crlam.com